IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN DONTE HODGE,

      Appellant,

  v.

Case No.  5D21-1363
LT Case No. 2018-CF-002287-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 19, 2022

Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

David B. Falstad, Winter Springs, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

EDWARDS, SASSO and NARDELLA, JJ., concur.